Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:11-mj-00154-MJS |
| Plaintiff, ) | DISMISSAL; AND ORDER THEREON |
| v. ) | |
| CLAY SAVELY, ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice Count One (possession of a controlled substance - marijuana), Count Two (possession of a controlled substance - MDMA), and Count Three (possession of a controlled substance - LSD), the remaining counts having already been dismissed. The Defendant has completed the terms of a Deferred Entry of Judgment in that he paid a $2,010 fine and had no criminal issues in the past 12 months .

Dated: January 17, 2013        .

/s/ Matthew McNease
Matthew McNease
Acting Legal Officer
Yosemite National Park

1

**ORDER**

The Court, having reviewed the above motion to Dismiss Counts One, Two and Three from the Criminal Complaint, HEREBY ORDERS AS FOLLOWS:

Counts One, Two and Three from the Criminal Complaint, in case number 6:11-mj-154-MJS, *United States v. Clay Savely*, are dismissed.

IT IS SO ORDERED.

Dated: January 19, 2013         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE